# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142426 & (24)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

ROBERT MATTHEW ALFIERO,
Defendant-Appellant.

SC: 142426
COA: 299561
Macomb CC: 1999-003286-FC

_____/

On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the December 1, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

y0718